# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

MASTER CTG ATHEEA
MASTER ATHEEA
Plaintiff(s)

v.

FLORIDA DEPT. OF MOTOR VEHICLE
& CITI BANK N.A. CITI GROUP
ACCOUNT OFFICIALS, ANDREA
BECKSONE & ANA CASTILLO
Defendant(s)

FILED by ___ D.C.
AUG 20 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA - MIAMI

A FEDERAL COURT JUDGE TO ORDER & DEMAND THAT F.D.M.V.
PRINT-OUT MY STATE I.D. & CITI BANK GIVE ME MY BANKING TOOLS.
(TITLE OF DOCUMENT)

I, MASTER CTG ATHEEA plaintiff or defendant, in the above styled cause, THIS IS A MOTION TO REQUEST THAT THE HONORABLE JUDGE OF COURT TO ORDER & DEMAND THAT THE FLORIDA DEPT. OF MOTOR VEHICLE, GIVE ME A PRINT-OUT OF MY FLORIDA STATE I.D. THAT WAS ISSUED TO ME ON 3-26-2006. THIS ORIGINAL I.D. THAT WAS IN MY POSSESSION WAS ACCIDENTLY DESTROYED IN WASHING MACHINE. ON OCT. 7TH 2014 I OPENED A BANK ACCT. WITH CITI BANK, N.A., AND THE I.D. THAT I PRESENTED WAS ONLY A PHOTO COLOR COPY OF MY STATE I.D. AS SUCH WAS NOT AN OFFICIAL I.D., BECAUSE IT DID NOT HAVE BACK-SIDE BAR-CODE. BUT, I PROMISE THE PERSONAL BANKER IF HE WOULD JUST GO AHEAD & OPEN ACCT. USEING INFO. ON PHOTO COPY, I WOULD GO DIRECTLY TO F.D.M.V. TO PICK-UP OFFICIAL COPY, HE DID OPEN ACCOUNT, AND I DID GO TO F.D.M.V. TO PICK-UP OFFICIAL ONE,



(1)

(Rev. 10/2002) General Document

BUT IT REFUSED TO GIVE ME A PRINT-OUT. I LATER LEARNED WHY THIS WAS SO. THEY HAVE ALLOWED MY PERMANENT STATE I.D., TO BE PRINTED-OUT AND PUT INTO POSSESSION OF AN INDIVIDUAL WHOM HEADS-UP A HUGE IDENTIFICATION THIEF OPERATION AND HE PAID GREAT SUMS FOR THEM TO DO WHAT HAS BEEN DONE. I HAVE SUBMITTED AN INFORMATIONAL REPORT TO THE MIAMI POLICE DEPT. AND TO THE MIAMI-DADE POLICE DEPT. I AM ATTACHING REPORT TO THIS MOTION, AS THIS REPORT GIVES GREATER DETAILS IN REGARDS TO THIS MATTER. NOW, TITLE PART II OF MOTION, WITH REGARDS TO CITI BANK, N.A. OFFICIALS THIS MATTER IS VERY-MUCH RELATED TO PART #1 F.D.M.V., AS SOME OF THE SAME PERSONELL IS ENVOLVED. AT THIS POINT, THERE IS A CORRUPT COMPONENT OF CITI BANK, N.A., CITI GROUP ACCT. ACCOUNT OFFICIALS. I HOLD A HUGE FUNDS ACCT. WITH CITI BANK, N.A., OF WHOM CORRUPT COMPONENT OF BANK OFFICIALS HAVE POSTED A BIG LIE, THAT ALL OF MASTER ATHEEA'S ACCOUNTS HAVE BEEN CLOSED-OUT, OF WHICH CONSISTED OF THREE (3) "CLOSED." THE THIRD (3RD) ACCOUNT WHICH HOLDS HUGE SUMS OF FUNDS, IS CALLED A DAY-TO-DAY SAVINGS ACCT. OF WHICH I AUTHORIZED BANK OFFICIALS OF MY PREVIOUS BANK BEFORE CITI, CALLED TD BANK, IN THE MONTH OF MAY 2015, TO ELECTRONIC DEPOSIT INTO MY DAY-TO-DAY SAVINGS ACCT. HELD WITH CITI BANK, NINE (9) BILLION DOLLARS-PLUS, YES, THIS IS THE ACCOUNT THAT THIS CORRUPT COMPONENT OF BANK, IS SEEKING TO STEAL & EMBEZZLE THESE HUGE MEGA FUNDS FOR THEMSELVES, BY STATING ALL OF MY ACCOUNTS ARE CLOSED-OUT.

(2)

(Rev. 10/2002) General Document

THEY HAVE PRODUCED AN ATM + DEBIT CARD IN MY NAME, BUT REFUSE TO GIVE TO ME, HAVE GIVEN ONLY TO THEMSELVES AND TO THE IMPOSTER MASTER GJG ATHEEA, OF WHOM FLORIDA DEPT. OF MOTOR VEHICLE, ALLOWED MY STATE I.D. TO BE GIVEN. ALSO, THERE ARE MAJOR FUNDS THAT ARE BEING DIRECT-DEPOSITED INTO THIS ACCT. ON A WEEKLY BASIC, DUE TO HUGE WINS FROM PUBLISHERS CLEARING HOUSE CONTEST OFFICIALS. I HAVE ATTACHED A TWO (2) PAGE MESSAGE STATEMENT THAT I SENT TO CITI BANK, N.A., CORPORATE OFFICIALS THIS STATEMENT GIVES GREATER INSIGHTS IN REGARDS TO MATTER. THIS CORRUPT COMPONET OF CITI BANK, N.A., IS A VERY DIRE-HARD OPERATION - A FEW DAYS AFTER I HAD SENT SPECIAL MESSAGE-STATEMENT TO NON-CORRUPT CITI BANK, N.A. CORPORATE OFFICIALS SENT ON WED. 6-22-2016, EXPRESSING GRATITUDE TO THIS ONE (1) CORPORATE OFFICIALS GREAT POSITIVE STAND ON MY BEHALF WITH REGARDS TO ACCT. FUNDS. FIVE (5) DAYS AFTER I HAD SENT SPECIAL MESSAGE STATEMENT, ON MAY 27th 2016, I PERSONALLY WENT INTO BANKING FACILITY THERE AT 201 SOUTH BISCAYNE BLVD. 31st FLOOR PRIVATE BANK THAT HOLDS MY ACCOUNT. I HAD GONE THERE WITH A HOPE I WOULD BE GIVEN MY NEEDED BANKING TOOLS, AN ATM + DEBIT CARD, YET THIS DIRE-HARD CORRUPT COMPONET, RATHER THAN TO DO SUCH, THEY CALLED POLICE AND HAD ME BE ARRESTED ON A FALSE CHARGE OF TREASPASS. AGAIN, I AM SUBMITTING + ATTACHING MESSAGE STATEMENT FOR YOUR REVIEW IN MATTER.

(3)

(Rev. 10/2002) General Document

_____

**Certificate of Service**

I  MASTER GJG ATHEEA certify that on this date 8-20-2018 a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By:
MASTER GJG ATHEEA
Printed or typed name of Filer

PRO SE
Florida Bar Number

786-914-8232
Phone Number

3201-05 NW 135TH
Street Address

3201-05 NW 135TH ST OPA-LOCK, FLA. 33054-4811
City, State, Zip Code

Master GJG Atheea
Signature of Filer

ATHEEAMASTER@G-MAIL.COM
E-mail address

786-914-8232
Facsimile Number

United States District Court
Southern District of Florida

Case Number: A 1 AEEA

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must not be placed in the "chron file".

☐ NOT SCANNED

　　☐ Due to Poor Quality

　　☐ Bound Extradition Papers

　　☐ Photographs

　　☐ Surety Bond (Original or Letter of Understanding)

　　☐ CD or DVD (Court Order or Trial Purposes only)

　　☐ Other:_____

☒ SCANNED

　　☒ But Poor Quality

　　☐ Habeas Cases (State Court Record/Transcript)

Date: 8/20/18